UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

UNITED STATES OF AMERICA     )   No. EP-23-1842-DB
                             )
vs.                          )   El Paso, Texas
                             )
RENE HERNANDEZ CORDERO (3)   )   September 4, 2024

SENTENCING

BEFORE THE HONORABLE DAVID BRIONES

UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE GOVERNMENT:   MR. KYLE MYERS &
                      MS. SHANNON HOLDERFIELD
                      Assistant United States Attorneys
                      700 E. San Antonio, Suite 200
                      El Paso, Texas  79901


FOR THE DEFENDANT:    MR. RAY GUTIERREZ
                      Attorney at Law
                      1017 Montana Avenue
                      El Paso, Texas  79902

     Proceedings reported by stenotype.  Transcript produced by

computer-aided transcription.

1   (Terence McEneny sworn to interpret Spanish into English.)

2           THE COURT:  Good morning, everyone.

3           Let's get started with the first sentencing.  The

4   clerk will call the case.

5           THE CLERK:  EP-23-CR-1842, Rene Hernandez Cordero.

6           MR. MYERS:  Your Honor, Shannon Holderfield and Kyle

7   Myers for the Government.

8           MR. GUTIERREZ:  Good morning, Your Honor.  Ray

9   Gutierrez on behalf of defendant Rene Hernandez Cordero.

10          THE COURT:  You are Rene Hernandez Cordero?

11          THE DEFENDANT:  Yes.

12          THE COURT:  Mr. Gutierrez, you did review the

13  Presentence Report with your client?

14          MR. GUTIERREZ:  Yes, I did, Your Honor.

15          THE COURT:  I believe you had one objection; is that

16  correct?

17          MR. GUTIERREZ:  That's correct, Your Honor.

18          THE COURT:  And the Government also has -- let me hear

19  from the Government first on your objection, Mr. Myers.

20          MR. MYERS:  Your Honor, we'd ask for a plus 2 to be

21  added because this case involved weapons.  We filed a briefing,

22  and we would rest on that briefing.  He's in actual possession

23  of the weapons, and he knew co-conspirators were going to

24  possess weapons in furtherance of drug trafficking, and we feel

25  the plus 2 is appropriate.

1          THE COURT:  For the record, the Government's objection

2     is overruled.

3          Let me hear from you on your objection.

4          MR. GUTIERREZ:  Thank you, Your Honor.

5          The PSR actually talks -- there were some spelling

6     errors that needed to be corrected, which were corrected, but

7     on Number 50, there was a two-plus increase in the sentencing,

8     and the defendant is opposed to it because they're actually

9     charging him for the drugs that were developed by a

10    co-conspirator.

11         There was no evidence that shows that the defendant

12    actually knew about the drugs themselves.  The conspiracy

13    itself is what is the sentencing part of it.

14         In other words, he got found guilty for the entire

15    ball of wax of the conspiracy versus the PSR talking about him

16    knowing specifically of these drugs of other co-defendants, so

17    we're saying that there was no evidence that he actually knew

18    about the other drugs of the co-conspiracy, so we would object

19    to the two-level increase in points.

20         THE COURT:  He knew or should have known that the

21    drugs were imported, so your objection is overruled also.

22         The Base Offense Level starts with 38 based on

23    2.23 kilograms of actual meth, 2.35 kilograms of actual meth,

24    and .31 kilograms of Fentanyl.  Converted, it is

25    92,375 kilograms.

1       Therefore, he starts at a 38.  He gets the added 2

2  levels because he knew the charges were imported -- the drugs

3  were imported illegally, and there's no other adjustment.

4       So he ends up with a 40, with a Criminal History

5  Category of I.  Advisory Guideline Range 292 to 365 months as

6  to Count One, 180 months maximum as to Counts Three and Four,

7  and 60 months maximum as to Count Eight.

8       Any -- you all concur with that, Mr. Myers?

9       MR. MYERS:  Yes, Your Honor.

10       MR. GUTIERREZ:  Yes, Your Honor.

11       THE COURT:  Mr. Gutierrez?  Okay.

12       Do you wish to speak on behalf of Mr. Cordero before I

13  pronounce his sentence?

14       MR. GUTIERREZ:  I would, Your Honor.

15       The Court -- the defendant would like the Court to

16  know that he's a 52-year-old male.  He does have a legal

17  permanent residency card that gives him permission to live in

18  the United States.  Due to the fact of this event, it's very

19  highly possible that his residency card will be taken away from

20  him, and he will be deported once all this is over.

21       He does have family members.  He does have children.

22  There is no criminal hist- --

23       THE COURT:  Highly probable?  It's for sure.  He's

24  got -- I don't know if he's got a detainer, by the way.  The

25  report says no and then -- the face says no detainer; however,

1   Paragraph 71, "An immigration detainer remains pending as of
2   this writing."

3           So I don't know.  It says both ways.  He might have a
4   detainer, but it's very likely that he does.

5           MR. GUTIERREZ:  Correct, Your Honor.

6           He has a medical history of diabetes, high blood
7   pressure, poor circulation.  A person that has no criminal
8   history is now looking at 292 to 365 days [sic] is -- is very
9   drastic for any person.

10          We would ask for the low end of the guidelines and
11  that he be placed somewhere near El Paso that his family can be
12  able to visit and cross into the United States.

13          THE COURT:  You didn't mention that he's a former law
14  enforcement officer in Mexico, retired.

15          MR. GUTIERREZ:  That's correct, Your Honor.  He was a
16  specialist in -- in weapons.  That was his thing.  He would be
17  given infor- -- he would be given -- people would ask him
18  questions about firearms even though he was in the police
19  department.  He took care of the weapons.

20          THE COURT:  Mr. Hernandez Cordero, before I pronounce
21  your sentence, do you wish to say anything, sir?

22          THE DEFENDANT:  The only thing I can say, Your Honor,
23  is that as far as what I did and what the prosecutors say, most
24  of it is just false.  I don't have anything to do with drugs or
25  anything like that.  I was just delivering some money, and I

1   didn't know what it was going to be for, but now they have me

2   down for possession of drugs, and that's not the truth.  That's

3   all.

4       THE COURT:  It is the order of the Court that the

5   defendant, Rene Hernandez Cordero, is hereby committed to the

6   custody of the United States Bureau of Prisons to be imprisoned

7   for a term of 300 months as to Count One, 180 months as to

8   Counts Three and Four, and 60 months as to Count Eight all to

9   run concurrent.

10      Upon release from confinement, he will be placed on

11  non-reporting -- I'm going to make it non-reporting supervised

12  release for a term of five years as to Count One, three years

13  as to Counts Three, Four and Eight, again all to run

14  concurrent.

15      While on supervised release, he shall comply with the

16  mandatory conditions that are listed in 18 United States Code

17  Section 3583(d).

18      He'll also comply with the standard conditions adopted

19  by the Western District of Texas.

20      He is not to enter or attempt to enter the

21  United States without proper authorization.

22      He shall not commit another federal, state or local

23  crime, and if for any reason the defendant returns to the

24  United States during the term of supervision, he's got 72 hours

25  to report to the closest federal probation office.

1          The defendant is also going to pay a fine in the

2     amount of $1,000.

3          And he will pay an assessment for each count for a

4     total of $400.

5          I will recommend that Mr. Hernandez Cordero be placed

6     at a facility as close to El Paso as possible.

7          The judgment will reflect a forfeiture of $63,000,

8     more or less, of U.S. currency.

9          Do you have a motion, Government?

10          MR. MYERS:  Move to dismiss the original Indictment,

11     Your Honor.

12          THE COURT:  The original Indictment is hereby

13     dismissed, and he was found not guilty of Count Two.

14          You may be excused.

15          MR. GUTIERREZ:  Thank you, Your Honor.

16          MR. MYERS:  May we be excused, Your Honor?

17          THE COURT:  You may be excused.

18                    *  *  *  *  *

19

20

21

22

23

24

25

1                          <u>CERTIFICATION</u>

2

3          I certify that the foregoing is a correct transcript from

4     the record of proceedings in the above-entitled matter.  I

5     further certify that the transcript fees and format comply with

6     those prescribed by the Court and the Judicial Conference of

7     the United States.

8

9     Date:  October 7, 2024

10                                        <u>/s/ Maria del Socorro Briggs</u>

11                                        Maria del Socorro Briggs

12

13

14

15

16

17

18

19

20

21

22

23

24

25